| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>DYK, TIMOTHY B. | 2. Court or Organization<br><br>FEDERAL CIRCUIT | 3. Date of Report<br><br>09/18/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>717 MADISON PLACE, N.W.<br>WASHINGTON, DC 20439 | | |

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $416.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | NYU LAW SCHOOL - SALARY |
| 2. 2019 | WASHINGTON UNIVERSITY - HONORARIA - $8,000 |
| 3. 2019 | COMMON GOOD - HONORARIA - $1,000 |
| 4. 2019 | TVA, INC. - CONSULTANT |
| 5. 2019 | GEORGE MASON UNIVERSITY - HONORARIA - $6,000 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | WILLIAM C. CONNOR INN OF COURT | 1/16/2019 - 1/17/2019 | NEW YORK, NY | WILLIAM C. CONNOR INN OF COURT ANNUAL RECEPTION AND DINNER | TRANSPORTATION, LODGING, MEALS |
| 2. | THE AMERICAN LAW INSTITUTE | 3/7/2019 - 3/8/2019 | PHILADELPHIA, PA | ALI ADVISERS MEETING | TRANSPORTATION, LODGING, MEALS |
| 3. | FEDERAL CIRCUIT BAR ASSOCIATION CHARITABLE & EDUCATIONAL FUND | 6/12/2019 - 6/14/2019 | COLORADO SPRINGS, CO | FEDERAL CIRCUIT BAR ASSOCIATION BENCH AND BAR CONFERENCE | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **DYK, TIMOTHY B.** | 09/18/2020 |

| 4. | FEDERAL CIRCUIT BAR ASSOCIATION CHARITABLE & EDUCATIONAL FUND | 10/14/2019 - 10/17/2019 | HONOLULU, HI | FEDERAL CIRCUIT BAR ASSOCIATION GLOBAL SERIES | TRANSPORTATION, LODGING, MEALS |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DYK, TIMOTHY B.** | 09/18/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  LOT - TRURO, MA (PARCEL 1) ($235,100) | | None | M | S | | | | | |
| 2.  CARLYLE FUND | A | Dividend | L | T | | | | | |
| 3.  MORGAN STANLEY PRIVATE BANK ACCOUNT | A | Int./Div. | K | T | | | | | |
| 4.  SPECIAL SITUATION LIFE SCIENCES INNOVATION FUND | | None | M | T | Buy (add'l) | 01/30/19 | K | | |
| 5.  SPECIAL SITUATION LIFE SCIENCES INNOVATION FUND | | None | M | T | Buy (add'l) | 10/11/19 | K | | |
| 6.  JAPAN EQUITY FUND | A | Dividend | L | T | | | | | |
| 7.  BANK OF AMERICA (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 8.  NUVEEN AMT FREE QUALITY MUNI INCOME FUND | C | Dividend | M | T | | | | | |
| 9.  CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 10. NUVEEN AMT FREE MUNI CREDIT INCOME FUND | C | Interest | M | T | | | | | |
| 11. ROYAL DUTCH SHELL (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 12. VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 13. VANGUARD TAX EXEMPT MONEY MARKET FUND | B | Dividend | M | T | | | | | |
| 14. VANGUARD LTD-TERM TAX EXEMPT ADMIRAL FUND | C | Dividend | M | T | | | | | |
| 15. TRUIST FIN. CORP. (PREFERRED STOCK) (FORMERLY BB&T CORP.) | C | Dividend | L | T | | | | | |
| 16. BANK OF CALIFORNIA (PREFERRED STOCK) | C | Dividend | L | T | | | | | |
| 17. WABTEC (COMMON STOCK) | A | Dividend | J | T | Spinoff (from line 32) | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WABTEC (COMMON STOCK) | A | Dividend | J | T | Sold (part) | 03/15/19 | J | A | |
| 19. UNITED NATURAL FOODS (COMMON STOCK) | | None | K | T | Buy | 12/20/19 | K | | |
| 20. US TREASURY BILL (due 3/26/2020) | B | Dividend | M | T | Buy | 04/15/19 | M | | |
| 21. VANGUARD INTERMEDIATE TERM T/E ADMIRAL FUND | D | Dividend | N | T | | | | | |
| 22. NY COMM BK CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 23. WESTERN INTERMEDIATE MUNI FUND | D | Interest | M | T | | | | | |
| 24. VANGUARD PRIME MONEY MARKET FUND | A | Interest | K | T | | | | | |
| 25. TOTAL S.A. (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 26. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | L | T | Buy (add'l) | 11/05/19 | K | | |
| 27. U.S. TREASURY NOTE 7/15/19 | A | Interest | | | Redeemed | 07/15/19 | L | A | |
| 28. PA ST MUNI BD | A | Interest | K | T | | | | | |
| 29. LAWRENCE MA MUNI BD | A | Interest | K | T | | | | | |
| 30. NEWPORT-MESA CA UNION SCH DIST MUNI BD | B | Interest | K | T | | | | | |
| 31. ALTONA WI MUNI BD | A | Interest | K | T | | | | | |
| 32. GENERAL ELECTRIC (COMMON STOCK) | A | Dividend | L | T | | | | | |
| 33. WASHINGTON STATE MUNI BD | A | Interest | K | T | | | | | |
| 34. U.S. TREASURY BD STRIP | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | U.S.TREASURY NOTE (DUE 4/15/2020) | B | Interest | L | T | Buy | 04/26/19 | L | | |
| 36. | TRI COUNTY METRO TRANP DIST OR MUNI BD | A | Interest | | | Matured | 11/01/19 | J | | |
| 37. | FEDERATED INSTITUTIONAL MONEY MARKET FUND | A | Interest | L | T | Sold (part) | 04/09/19 | L | | |
| 38. | METROPOLITAN DC AIRPORT AUTHORITY MUNI BD | B | Interest | L | T | | | | | |
| 39. | JEFFERSON MORGAN SCHOOL DISTRICT MUNI BD | A | Interest | K | T | | | | | |
| 40. | DEUTSCHE BK (COMMON STOCK) | A | Interest | K | T | | | | | |
| 41. | NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 42. | VANGUARD IRA #4 (H) | | | | | | | | | |
| 43. | -ISHARES MSCI JAPAN | B | Dividend | M | T | | | | | |
| 44. | -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 45. | -WESTERN ASSET HIGH INC OPP FUND | D | Dividend | L | T | | | | | |
| 46. | -FIDELITY JAPAN SMALL CO. FUND | A | Dividend | M | T | | | | | |
| 47. | -GLADSTONE COMM CORP FUND | C | Dividend | L | T | | | | | |
| 48. | -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 49. | -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 50. | -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 51. | -BLACKSTONE MORT TRUST | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -OCCIDENTAL PETROLEUM (COMMON STOCK) | A | Dividend | K | T | Buy | 11/11/19 | K | | |
| 53.  -CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 54.  PEOPLES UNITED (COMMON STOCK) | B | Dividend | L | T | | | | | |
| 55.  WISDOMTREE DYNAMIC BEARISH FUND | | None | L | T | | | | | |
| 56.  VANGUARD IRA - #1 (H) | | | | | | | | | |
| 57.  -BANK OF AMERICA (COMMON STOCK) | B | Dividend | L | T | | | | | |
| 58.  -FIDELITY JAPAN SM CO FUND | A | Dividend | M | T | | | | | |
| 59.  -VALARIS (COMMON STOCK) (PREVIOUSLY ENSCO) | A | Dividend | J | T | | | | | |
| 60.  -CVS (COMMON STOCK) | A | Dividend | | | Buy | 05/20/19 | L | | |
| 61.  -CVS (COMMON STOCK) | A | Dividend | | | Sold | 12/04/19 | L | E | |
| 62.  -ISHARES JAPAN INDEX FUND | B | Dividend | L | T | | | | | |
| 63.  -GENESIS ENERGY (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 64.  -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 65.  -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 66.  -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 67.  -LUMINENT (COMMON STOCK) | | None | J | T | | | | | |
| 68.  -FRONTLINE (COMMON STOCK) | | None | | | Sold | 04/08/19 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -UNITED NATURAL FOODS (COMMON STOCK) | | None | K | T | | | | | |
| 70. -GLADSTONE COMMERCIAL CORP (COMMON STOCK) | C | Dividend | K | T | | | | | |
| 71. VANGUARD IRA #2 (H) | | | | | | | | | |
| 72. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 73. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 74. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 75. -FIDELITY INV TRUST JAPAN SMALL CO FUND | C | Dividend | N | T | | | | | |
| 76. -WISDOMTREE DYNAMIC BEARISH FUND | | None | L | T | | | | | |
| 77. -VALLEY NATIONAL BANK | C | Dividend | L | T | | | | | |
| 78. -LUMINENT (COMMON STOCK) | | None | J | T | | | | | |
| 79. VANGUARD IRA #3 (H) | | | | | | | | | |
| 80. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 81. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 82. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 83. -DEUTSCHE BANK (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 84. -EXXONMOBIL (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 85. -AXALTA COATING (COMMON STOCK) | | None | | | Sold | 09/23/19 | L | E | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. -MERCURY GENERAL CORP. (COMMON STOCK) | A | Dividend | K | T | Buy | 12/09/19 | K | | |
| 87. -OCCIDENTAL PETROLEUM (COMMON STOCK) | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 88. -BRIGHTHOUSE FINANCIAL | | None | K | T | | | | | |
| 89. -SUBURBAN PROPANE (COMMON STOCK) | C | Distribution | | | Sold | 09/25/19 | K | A | |
| 90. -GLADSTONE COMMERCIAL CORP. (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 91. TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | J | T | | | | | |
| 92. TD AMERITRADE IRA #2 (H) | | | | | | | | | |
| 93. -CATHAY BANK CD | B | Interest | | | Redeemed | 07/31/19 | K | A | |
| 94. -WELLS FARGO CD | C | Interest | M | T | | | | | |
| 95. -SPEC SITUATION LIFE SCIENCES FUND | A | Dividend | N | T | | | | | |
| 96. -TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | J | T | | | | | |
| 97. -NORTHERN LIGHTS NORTH STAR DIVIDEND LIGHTS FUND | A | Dividend | J | T | | | | | |
| 98. -ISHARES US PREFERRED STOCKS ETF | D | Dividend | M | T | | | | | |
| 99. VANGUARD IRA #5 (H) | | | J | | | | | | |
| 100. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 101. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 102. -EXXONMOBIL (COMMON STOCK) | C | Dividend | L | T | Buy | 08/14/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -GLADSTONE COMMERCIAL (COMMON STOCK) | A | Dividend | K | T | Buy | 11/13/19 | K | | |
| 104. -BP PLC (COMMON STOCK) | B | Dividend | K | T | Buy | 11/13/19 | K | | |
| 105. -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 106. -NUVEEN PREFERRED INCOME FUND | C | Dividend | L | T | | | | | |
| 107. -NY COMMUNITY BK (COMMON STOCK) | C | Dividend | K | T | Buy | 04/11/19 | K | | |
| 108. -NY COMMUNITY BK (COMMON STOCK) | C | Dividend | K | T | Buy (add'l) | 11/13/19 | K | | |
| 109. -AXALTA COATING SYSTEM (COMMON STOCK) | | None | | | Sold | 09/23/19 | L | C | |
| 110. -SUBURBAN PROPANE (COMMON STOCK) | C | Dividend | | | Sold | 09/25/19 | K | A | |
| 111. NEW YORK UNIVERSITY 403(B) PLAN (NOW MANAGED BY TIAF) | D | Dividend | N | T | | | | | |
| 112. -VANGUARD FEDERAL MONEY MARKET FUND | B | Dividend | | | Sold | 10/08/19 | N | | |
| 113. -TIAA TRADITIONAL FUND | B | Dividend | N | T | Buy | 10/08/19 | N | | |
| 114. -VANGUARD SH TERM INV GRADE BOND FUND | A | Dividend | | | Buy | 01/03/19 | J | | |
| 115. -VANGUARD SH TERM INV GRADE BOND FUND | A | Dividend | | | Buy (add'l) | 02/04/19 | J | | |
| 116. -VANGUARD SH TERM INV GRADE BOND FUND | A | Dividend | | | Buy (add'l) | 03/04/19 | J | | |
| 117. -VANGUARD SH TERM INV GRADE BOND FUND | A | Dividend | | | Sold | 10/08/19 | K | A | |
| 118. MASS MUTUAL LIFE INSURANCE (WHOLE) | A | Dividend | K | W | | | | | |
| 119. ING LIFE INSURANCE (WHOLE) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. PNC BANK WASHINGTON DC | A | Interest | K | T | | | | | |
| 121. US BONDS | D | Interest | M | T | | | | | |
| 122. JJ GUMBERG LIMITED PARTNERSHIP | D | Distribution | J | W | | | | | |
| 123. VIRGINIA RETIREMENT SYSTEM | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.   TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2.   TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNTS (RMD) NOT SHOWN.

3.   FAIR POINT COMMUNICATIONS PREVIOUSLY REPORTED (2018 REPORT LINE 87) IN VANGUARD IRA#3 HAS BEEN REMOVED BECAUSE IT IS NO LONGER REPORTED BY VANGUARD BECAUSE THE INVESTMENT IS WORTHLESS.

4.   PART VII, LINE 111:  PERIODIC EMPLOYER CONTRIBUTIONS MADE TO THIS ACCOUNT  (NEW YORK UNIVERSITY 403(B) PLAN) ARE NOT REPORTED AS A SEPARATE BUY.

5.   THE VANGUARD FEDERAL MONEY MARKET FUND IS AN SEC-MANDATED SETTLEMENT FUND FOR SECURITIES TRANSACTIONS. PURCHASES AND SALES OF SECURITIES DISCLOSED IN THIS REPORT AUTOMATICALLY RESULTED IN CORRESPONDING SALES AND PURCHASES IN THE FUND.  MONEY MARKET TRANSACTIONS INVOLVING DEPOSITS OF EMPLOYMENT COMPENSATION OR A PAYMENT OF PERSONAL EXPENSES AND EXCHANGES BETWEEN FUNDS NOT LISTED AS BEING IDENTICAL TO BANK ACCOUNT ACTIVITIES.

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/18/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TIMOTHY B. DYK**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544